IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:18 cv 155

| | |
|---|---|
| NORTHBRIDGE FINANCIAL ) <br> CORPORATION and BILL THOMPSON ) <br> TRANSPORTATION, INC., ) <br> ) <br>    Plaintiffs ) <br> ) <br>    v. ) <br> ) <br> DOVER CRANE AND CONSTRUCTION, ) <br> INC. and ROBERT CRAIG LUNSFORD, ) <br> ) <br>    Defendants. ) <br> _____ ) | ORDER |

Before the Court is the motion for *pro hac vice* admission [# 5] filed by Jeffrey W. Melcher, counsel for Plaintiffs.

Upon review of the motion, it appears Michael P. Manfredi is a member in good standing with the Georgia Bar and will be appearing with Jeffrey W. Melcher, a member in good standing with the Bar of this Court. Additionally, the applicant has paid the requisite admission fee.

Accordingly, the Court **GRANTS** the motion [# 5]. The Court **ADMITS** Michael P. Manfredi to practice *pro hac vice* before the Court while associated with local counsel.

Signed: July 10, 2018

_____
Dennis L. Howell
United States Magistrate Judge